IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                      : CRIMINAL NO: CR-1-02-045-02
                               : JUDGE BECKWITH

**SHANNON A SORRELL,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                                   Respectfully submitted,

                                                   GREGORY G. LOCKHART
                                                   United States Attorney

                                                   s/Deborah F. Sanders
                                                   DEBORAH F. SANDERS (0043575)
                                                   Assistant United States Attorney
                                                   Southern District of Ohio
                                                   303 Marconi Boulevard, Suite 200
                                                   Columbus, Ohio 43215-2401
                                                   (614) 469-5715

N:\_ECF Workload\DSanders\sorrell, shannon.wpd