**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 1:02-cr-45-2<br>Litkovitz, M.J. |
| vs. | |
| SHANNON A. SORRELL,<br>    Defendant. | **DETENTION ORDER** |

This matter is before the Court following a detention hearing on a Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.l(a)(6) and 18 U.S.C. § 3143(a)(1) at which defendant appeared represented by counsel. The government moved for detention on the basis that the defendant poses a risk of danger to the community if released on bond. Having heard all arguments and having considered the nature of the alleged supervised release violations, the undersigned finds the defendant has not met his burden by clear and convincing evidence that he will not pose a danger to the community if released on bond. As alleged in the petition, the defendant commenced supervision on January 6, 2017. Since that time, has been convicted on new law violations in 2017, 2018, 2019 and 2020, with the most recent conviction on aggravated trafficking in drugs resulting in a four to six year sentence. He has also absconded once from supervision. The defendant's new law violations indicate a pattern of criminal activity and disregard for court orders. Given the nature of the new law violations (drug and weapons offenses), the defendant poses a risk of danger to the community if he is released on bond. Accordingly, the Court hereby **ORDERS** the defendant detained pending final hearing on the supervised release violations before Judge Dlott.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

    **IT IS SO ORDERED**.

Date: 3/28/2024

Karen L. Litkovitz
United States Magistrate Judge